## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 4th day of August, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Joyce W. Lindauer, Esquire
12900 Preston Road, Suite 1050
Dallas, TX 75230

Mary E. Augustine (No. 4477)